# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JAMES LUECKE,**

      **Plaintiff,**

**v.**                                                           **Case No. 05-CV-0403**

**GENERAL ELECTRIC COMPANY,**
**SASHA NEUENSCHWANDER,**

      **Defendants.**

## DECISION AND ORDER

Before the Court is the plaintiff's motion that "Deposition Be Take On Written Interrogatories." (Docket # 43.) Specifically, the plaintiff, James Luecke, is moving the Court for an order that either his deposition be taken only on written interrogatories, or that defendant General Electric Company ("GE") be required to advance Luecke the cost of retaining counsel to represent him at his deposition.

While a party is generally free to select its method of discovery, the Court can, pursuant to Federal Rule of Civil Procedure 26(c), issue a protective order limiting discovery if "good cause" is shown to impose a limitation. Here, Luecke argues that the Court should prohibit the defendats from deposing him because he cannot afford an attorney to represent him at the deposition and that the questions the defendants will ask him at his deposition are simple.

The Court rejects Luecke's request. Courts generally do not deprive a party the opportunity to depose, because a deposition allows a party to ask follow-up questions, observe the witness's demeanor, or evaluate his credibility. *See P.J. Int'l Trading Co. v. Christia Confezioni*, 2004 WL 2538299 at *1 (N.D. Ill. Sept. 24, 2004). Luecke has not shown that a deposition will impose a substantial hardship on him, so the Court will not issue a protective order preventing the defendants from deposing him. *Id.*

Luecke asks the Court, in the alternative, to order GE to pay Luecke the costs of retaining counsel to represent him at his deposition. The Court does not know of any authority that would allow it to issue such an order, nor does Luecke cite to any such authority. Thus, the Court rejects this request of Luecke as well.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT**:

Luecke's "Motion that Deposition Be Taken on Written Interrogatories" (Docket #43) is **DENIED.**

Luecke's Motion to Stay Deposition (Docket #53) is **DENIED.**

Dated at Milwaukee, Wisconsin this 15th day of September, 2005.

**BY THE COURT**

s/ Rudolph T. Randa
**Hon. Rudolph T. Randa**
**Chief Judge**